```
GARY M. RESTAINO
United States Attorney
District of Arizona

MICHAEL SHAW
Assistant U.S. Attorney
New York State Bar No. 4635959
Two Renaissance Square
40 N. Central Ave., Ste. 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Mike.Shaw1@usdoj.gov
Attorneys for Plaintiff
```

☒ FILED   ☐ LODGED

**Jan 27 2025**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-25-00123-PHX-JZB |
|---|---|
| Plaintiff, | Mag. No. 25-8056 MJ |
| v. | **INFORMATION** |
| Laura Elena Valdez, | VIO: 8 U.S.C. §§ 1324(a)(1)(A)(ii) and (a)(1)(B)(ii)<br>(Transportation of an Illegal Alien)<br>Count 1 |
| Defendant. | 18 U.S.C. § 371<br>(Conspiracy to Commit an Offense Against the United States, Namely, Bringing an Illegal Alien to the United States)<br>Count 2 |

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

<u>**COUNT 1**</u>

On or about January 15, 2025, in the District of Arizona, the defendant, LAURA ELENA VALDEZ, knowing and in reckless disregard of the fact that certain alien, Gilberto Baustista-Lopez, had come to, entered, and remained in the United States in violation of law, did knowingly transport and move said alien within the United States by means of transportation and otherwise in furtherance of such violation of law.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (a)(1)(B)(ii).

///

## COUNT 2

Beginning on an unknown date and continuing up to and including January 15, 2025, in the District of Arizona and elsewhere, defendant LAURA ELENA VALDEZ did knowingly and willfully conspire and agree with others known and unknown, to commit a crime against the United States, namely, Bringing an Illegal Alien to the United States in violation of Title 8, United States Code, Section 1324(a)(2)(A).

In furtherance of said conspiracy and to effect and accomplish the objects thereof, the following overt acts, among others, were committed in the District of Arizona and elsewhere:

1. On or before January 15, 2025, unknown co-conspirators in Mexico brought Gilberto Baustista-Lopez to the Mexican border with the United States, with the purpose that Gilberto Baustista-Lopez would enter the United States, knowing and in reckless disregard of the fact that Gilberto Baustista-Lopez did not have prior official authorization to come to, enter, and reside in the United States; and

2. On or about January 15, 2025, defendant LAURA ELENA VALDEZ transported Gilberto Baustista-Lopez in a vehicle within the District of Arizona to facilitate Gilberto Baustista-Lopez's illegal entry into the United States.

All in violation of Title 18, United States Code, Section 371.

Dated this 23rd day of January, 2025.

GARY M. RESTAINO
United States Attorney
District of Arizona

MICHAEL SHAW
Assistant U.S. Attorney